**In re Arthur Daniel MONROY; Laura Monroy, Debtors,**

**Home Funds Direct, its assignees and/or successors in interest, Appellant,**

v.

**Arthur Daniel Monroy; Laura Monroy, Appellees.**

**In re Christine Paulette Hannon, Debtor,**

**U.S. Bank, N.A., Appellant,**

v.

**Christine Paulette Hannon; Elizabeth Rojas, Chapter 13 Trustee, Appellees.**

**In re Anthony John Herrera, Jr.; Mary Ellen Herrera, Debtors,**

**Greenpoint Mortgage Funding, Inc., Appellant,**

v.

**Anthony John Herrera, Jr.; Mary Ellen Herrera; Elizabeth F. Rojas, Appellees.**

Nos. 10–60005, 10–60017, 10–60018.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 10, 2011.

Filed June 20, 2011.

Lee S. Raphael, Prober & Raphael, Woodland Hills, CA, for the appellants.

M. Erik Clark, Borowitz & Clark, LLP, West Covina, CA, for the appellees.

Before: STEPHEN S. TROTT and PAMELA ANN RYMER, Circuit Judges, and STEPHEN M. McNAMEE, Senior District Judge.*

* The Honorable Stephen M. McNamee, Senior District Judge for the U.S. District Court for Arizona, sitting by designation.

## ORDER

The decisions of the Bankruptcy Courts are affirmed for the reasons given by the Bankruptcy Appellate Panel in its published opinion in *In re Herrera*, 422 B.R. 698 (9th Cir. BAP 2010), filed January 5, 2010 and attached as an appendix to this order. [Editor's Note: Appendix Omitted for Purposes of Publication][1]